1  EDMUND G. BROWN JR.
   Attorney General of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  PAMELA C. HAMANAKA
   Senior Assistant Attorney General
4  A. SCOTT HAYWARD
   Deputy Attorney General
5  MARC A. KOHM
   Deputy Attorney General
6  State Bar No. 208821
    300 South Spring Street, Suite 1702
7   Los Angeles, CA  90013
    Telephone:  (213) 897-4926
8   Fax:  (213) 897-6496
    E-mail:  DocketingLAAWT@doj.ca.gov
9  *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEWOYNE CURTIS POTTS,** | Case No. CV 07-1312-DSF (AJW) |
| Petitioner, | **STIPULATED PROTECTIVE ORDER** |
| v. | Magistrate Judge |
| **JAMES TILTON,** | Hon. Andrew J. Wistrich |
| Respondent. | |

Pursuant to *Bittaker v. Woodford*, 331 F.3d 715, 727-28 (9th Cir. 2003) (En Banc), wherein the court ruled that "district courts have the obligation, whenever they permit discovery of attorney-client materials as relevant to the defense of ineffective assistance of counsel claims in habeas cases, to ensure that the party given such access does not disclose these materials, except to the extent necessary in the habeas proceeding, i.e., to ensure that such a party's actions do not result in a rupture of the privilege," the following protection to all such privileged information disclosed during discovery in this case is hereby ordered:

All discovery granted to Respondent pursuant to Respondent's motion to discover trial counsels' files shall be deemed to be confidential. These documents and material (hereinafter "documents") may be used only by representatives from the Office of the California Attorney General and only for purposes of any proceedings incident to litigating the claims presented in the petition for writ of habeas corpus pending before this Court. Disclosure of the contents of the documents and the documents themselves may not be made to any other persons or agencies, including any other law enforcement or prosecutorial personnel or agencies, without an order from this Court. This order shall continue in effect after the conclusion of the habeas corpus proceedings and specifically shall apply in the event of a retrial of all or any portion of petitioner's criminal case, except that either party maintains the right to request modification or vacation of this order upon entry of final judgment in this matter.

To the extent that unforeseen circumstances arise, the parties agree that the language of this Protective Order can be reconsidered.

IT IS SO ORDERED.

Presented by: /s/ Marc A. Kohm
               Marc A. Kohm

               /s/ Jill K. Ginstling
               Jill K. Ginstling
               Deputy Federal Public Defender

Dated: 8/27/2010

The Honorable Andrew J. Wistrich
United States Magistrate Judge

LA2007500737

2