UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DEWOYNE CURTIS POTTS,**<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>**JAMES TILTON, WARDEN,**<br><br>　　　　　Respondent. | Case No. CV 07-1312 AHS (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

　　　The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

　　　DATED: June 18, 2012

　　　　　　　　　　　　　　　　　　ALICEMARIE H. STOTLER
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Alicemarie H. Stotler
　　　　　　　　　　　　　　　　　　United States District Judge