UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DEWOYNE CURTIS POTTS,** | Case No. CV 07-1312-AHS(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **JAMES TILTON, Warden,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated:   June 18, 2012

ALICEMARIE H. STOTLER
_____
Alicemarie H. Stotler
United States District Judge