E-FILED
SEP - 8 2017
Document #

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEWOYNE CURTIS POTTS, | ) |
| Petitioner, | ) Case No. CV 07-1312 PSG (AJW) |
| v. | ) |
| JOHN GARZA, Warden, | ) ORDER ACCEPTING REPORT AND ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: 9/8/17

Phillip S. Gutierrez
United States District Judge