E-FILED
SEP - 8 2017
Document #

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DEWOYNE CURTIS POTTS,<br><br>    Petitioner,<br><br>v.<br><br>JOHN GARZA, Warden,<br><br>    Respondent. | Case No. CV 07-1312-PSG(AJW)<br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: 9/8/17

Philip S. Gutierrez
United States District Judge